IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 07 103 ML |
| | ) |
| v. | ) Cr. No. |
| | ) In Violation of 8 U.S.C. |
| JUAN PAULA GARCIA | ) §§ 1326(a) and (b)(2) |
| a/k/a Carlos Guerrero | ) and 21 U.S.C. §§ 841(a)(1) and |
| a/k/a Juan Paula | ) 841(b)(1)(D) |
| a/k/a Rafael Feliciano | ) |

FILED
JUL 18 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE

On or about June 20, 2007, in the District of Rhode Island, the defendant, JUAN PAULA GARCIA, a/ka/ Carlos Guerrero, a/k/a Juan Paula, a/k/a Rafael Feliciano, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(D).

COUNT TWO

On or about June 20, 2007, Defendant JUAN PAULA GARCIA, a/ka/ Carlos Guerrero, a/k/a Juan Paula, a/k/a Rafael Feliciano, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for

admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

7-18-07
DATE