ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

DEFENDANT JUAN PAULA GARCIA, a/k/a Carlos Guerrero, a/k/a Juan Paula, a/k/a Rafael Feliciano

**Count One**: 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) - Knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.
**PENALTIES**: 5 years imprisonment; $250,000 fine; 2 years supervised release; $100 mandatory special assessment.

**Count Two**: 8 U.S.C. §§ 1326(a) and (b)(2) - Illegal Reentry.
**PENALTIES**: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.