AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JUL 18 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JUAN PAULA GARCIA
aka - Carlos Guerrero
Juan Paula
Rafael Feliciano

**WARRANT FOR ARREST**

CASE NUMBER: CR07-103ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN PAULA GARCIA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA; ILLEGAL REENTRY

in violation of Title 21 United States Code, Section(s) 841(a)(1) , (b)(1)(D) & 8:1326(a)(b)(2)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Noel
Signature of Issuing Officer

July 18, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Bristol Cty HOC by ICE | | |
| DATE RECEIVED 07/18/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER S Wyant |
| DATE OF ARREST 07/23/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.