UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CASE NO.: 07-103ML |
| | : | |
| JUAN PAULA GARCIA | : | |

ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

/s/ Joseph J. Voccola, Esq.
Joseph J. Voccola, Esq. (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax.)

CERTIFICATION

I hereby certify that a true copy of the within Entry of Appearance was electronically filed to the United States of America District Court, District of Rhode Island, Office of the Clerk, www.rid.uscourts.gov and to the Assistant US Attorney, Mary Rogers, mary.rogers@usdoj.gov on this 15th day of August 2007.

/s/ Joseph J. Voccola, Esq.
Joseph J. Voccola, Esq. (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax.)